

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00050-CV

---

The State of Texas for the Best Interest and Protection of J.J.

---

On Appeal from the Probate Court No. 2
Travis County, Texas
Trial Court No. C-1-MH-25-001595

---

## MEMORANDUM OPINION[1]

Appellant has filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion has been on file with the Court for more than 10 days, and no response to the motion has been filed. No opinion has issued. *See* Tex. R. App. P. 42.1(c).

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). We dismiss any other pending motions as moot.

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

MARIA SALAS MENDOZA, Chief Justice

July 1, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.